

# MANDATE

## The Fourteenth Court of Appeals

NO. 14-14-00832-CR

Thaddeus Richardson, Appellant

v.

The State of Texas, Appellee

Appealed from the 230th District Court of Harris County. (Tr. Ct. No. 1415559). Opinion delivered Per Curiam.

**TO THE 230TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on August 20, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, November 13, 2015.

**CHRISTOPHER A. PRINE, CLERK**